185 So. 920

**Lonnie COX v. STATE.**

**6 Div. 411.**

Court of Appeals of Alabama.
Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

181 So. 919

**Oscar COX v. STATE.**

**6 Div. 258.**

Court of Appeals of Alabama.
May 10, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

177 So. 918

**Robert H. CREW v. TOWN OF GOODWATER.**

**5 Div. 24.**

Court of Appeals of Alabama.
Nov. 18, 1937.

PER CURIAM.
Appeal dismissed for want of prosecution.

176 So. 921

**Collins CROLEY v. STATE.**

**8 Div. 549.**

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.

184 So. 912

**Tom CRUMBLEY v. STATE.**

**4 Div. 478.**

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

176 So. 921

**R. C. CRUMPLER v. STATE.**

**4 Div. 356.**

Court of Appeals of Alabama.
Nov. 9, 1937.

RICE, Judge.
Affirmed.